IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** McSmith, Jean

Printed: 03/10/09

Case Number: 08 B 31089
Judge: Wedoff, Eugene R
Filed: 11/14/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: March 5, 2009
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 2. | Chase Automotive Finance | Secured | 0.00 | 0.00 |
| 3. | Litton Loan Servicing | Secured | 47,066.53 | 0.00 |
| 4. | Portfolio Recovery Associates | Unsecured | 354.92 | 0.00 |
| 5. | Discover Financial Services | Unsecured | 256.12 | 0.00 |
| 6. | Silverleaf Resorts Inc | Secured |  | No Claim Filed |
| 7. | Robert J Adams & Associates | Priority |  | No Claim Filed |
| 8. | Silverleaf Resorts Inc | Unsecured |  | No Claim Filed |
| 9. | Capital One | Unsecured |  | No Claim Filed |
| 10. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 11. | HSBC | Unsecured |  | No Claim Filed |
| 12. | Nicor Gas | Unsecured |  | No Claim Filed |
| 13. | Verizon Wireless | Unsecured |  | No Claim Filed |
|  |  |  | $ 47,677.57 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**   McSmith, Jean | Case Number:  08 B 31089 |
| | Judge:  Wedoff, Eugene R |
| Printed: 03/10/09 | Filed:  11/14/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                        Marilyn O. Marshall, Trustee, by:

*[signature]*